People v Weber (2025 NY Slip Op 05703)

People v Weber

2025 NY Slip Op 05703

Decided on October 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.

VALERIE BRATHWAITE NELSON

DEBORAH A. DOWLING

PHILLIP HOM, JJ.

2021-08541

(Ind. No. 17/20)

[*1]The People of the State of New York, respondent,

v

Louis J. Weber IV, appellant.

Salvatore C. Adamo, New York, NY, for appellant.

Robert V. Tendy, District Attorney, Carmel, NY (New York Prosecutors Training Institute, Albany, NY [Bridget Rahilly Steller], of counsel), for respondent.

DECISION & ORDER

Appeal by the defendant from a judgment of the County Court, Putnam County (Joseph J. Spofford, Jr., J.), rendered November 9, 2021, convicting him of manslaughter in the first degree and arson in the third degree, upon his plea of guilty, and imposing sentence.

ORDERED that the judgment is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contentions that the County Court erred in denying his request for a hearing pursuant to the Domestic Violence Survivors Justice Act (see generally People v Hudson, 232 AD3d 200, 205, lv granted 42 NY3d 1080), that he was denied the effective assistance of counsel, which does not implicate the voluntariness of the plea (see People v Lopez, 210 AD3d 700, 701), and that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 253).

GENOVESI, J.P., BRATHWAITE NELSON, DOWLING and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court